UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

INTELIFUSE, INC.,

    Plaintiff and Counterclaim-Defendant,

-v-

BIOMEDICAL ENTERPRISES, INC.,

    Defendant and Counterclaim-Plaintiff.

-------------------------------------------------------x

No. 05 Civ. 8093 (LTS)(DFE)

## ORDER

    By Order dated September 25, 2009, the Court ordered the parties to show cause by **Friday, October 23, 2009,** as to why all documents filed under seal in connection with the parties' motion practice shall not be unsealed in whole or in part in light of the common law right of access to judicial documents and the qualified First Amendment right of access to judicial records. (Docket entry no. 129.) Neither party has responded to the Show Cause Order and the time to do so has expired. Accordingly, the Clerk of Court is respectfully directed to unseal the documents filed under seal in connection with the parties' motion practice (docket entry nos. 42, 63, 74 and 77).

    SO ORDERED.

Dated: New York, New York
       November 10, 2009

                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge

[USDC SDNY stamp: DOCUMENT ELECTRONICALLY FILED, DATE FILED: NOV 10 2009]